

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00019-CV

**AMERICAN LUMBER, INC.,**

                                                        **Appellant**

 **v.**

**EAGLE FOREST PRODUCTS, LLC (IDAHO),**
**EAGLE FOREST PRODUCTS, LLC (TEXAS),**
**BRAD BOWER, EDDIE WINN AND ANDREW KEYS,**

                                                        **Appellees**


**From the 85th District Court**
**Brazos County, Texas**
**Trial Court No. 13-002584-CV-85**


## MEMORANDUM  OPINION


Appellant, The American Trade Group, Inc. d/b/a American Lumber, Inc., has filed a motion to dismiss this appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal does not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed. Costs are assessed against the party incurring the same.

AL SCOGGINS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed June 2, 2016
[CV06]

